**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT**

_____

**No. 00-51202
Summary Calendar**

_____

**UNITED STATES OF AMERICA,**

**Plaintiff-Appellee,**

**versus**

**GERARDO ANTONIO FLORES-DE LA CRUZ, also known as Jose Delaluz
Zubia,**

**Defendant-Appellant.**

_____

**Appeal from the United States District Court
for the Western District of Texas
(EP-00-CR-798-ALL)**

_____

September 20, 2001

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Gerardo Antonio Flores-De La Cruz a/k/a Jose Delaluz Zubia has requested leave to withdraw as counsel and has filed a brief as required by **_Anders v. California_**, 386 U.S. 738 (1967). Flores-De La Cruz has not filed a response. Our independent review of the brief and the record discloses _no_ nonfrivolous issue. Accordingly, counsel's motion for leave to withdraw is **GRANTED**, counsel is excused from further responsibilities, and the appeal is **DISMISSED**.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.